IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 18 P 1:

JOHN L. PURSER,

    Plaintiff,

v.

JAMES E. DONALD, Commissioner;
HUGH SMITH, Warden, and
VICTOR GUY,

    Defendants.

CIVIL ACTION NO. CV605-033

## ORDER

Plaintiff has filed a "Motion for Judicial Notice of Facts Pursuant to Fed. R. Evid. Rule 201(d-f)." (Doc. 21.) He seeks judicial notice of certain "facts" regarding asbestos. Plaintiff's Motion for Judicial Notice of Facts is hereby **DENIED**.

**SO ORDERED**, this 18th day of June, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## *Southern District of Georgia*

PURSER _____ )

vs _____ )  CASE NUMBER CV605-33

DONALD, ET AL _____ )  DIVISION STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/15/05 _____, which is part of the official record of this case.

Date of Mailing:  7/18/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

John Purser, GDC9975981, Georgia State Prison, 2164 GA Highway 147, Reidsville, GA 30499

[ ] Copy placed in Minutes
[ ] Copy given to Judge
[X] Copy given to Magistrate