IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JOHN L. PURSER, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. CV605-033 |
| | ) |
| v. | ) |
| | ) |
| JAMES E. DONALDSON, | ) |
| Commissioner; HUGH SMITH, | ) |
| Warden, and VICTOR GUY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff has filed a renewed Motion for Appointment of Counsel. As Plaintiff is aware, there is no entitlement to appointed counsel in a civil rights case, such as this one. <u>Wahl v. McIver</u>, 773 F.2d 1169, 1174 (11th Cir. 1986); <u>Hardwick v. Ault</u>, 517 F.2d 295, 298 (5th Cir. 1975). Rather, the appointment of counsel is a privilege justified only by exceptional circumstances. <u>Wahl</u>, 773 F.2d at 1174. The Court finds no such circumstances in this case. Therefore, Plaintiff's renewed Motion for Appointment of Counsel is **DENIED**.

SO ORDERED, this 8th day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)