IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHN L. PURSER )
)
vs. ) CIVIL ACTION NO. 605-033
)
JAMES E. DONALDSON, et al )

## ORDER

The Court has conducted a de novo review of the record in this case. Further, the Report and Recommendation of the Magistrate Judge, together with the objections thereto of the plaintiff, have been fully considered. The Report and Recommendation of the Magistrate Judge is hereby adopted as the opinion of this Court.

**ACCORDINGLY**, the motion for summary judgment of the remaining defendants is **GRANTED**. The Clerk shall enter the appropriate judgment in this case. This case is closed and shall be deleted from the active case docket.

**SO ORDERED** this 28 day of May, 2007.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia