# United States District Court
## Southern District of Georgia

JOHN L. PURSER
        Plaintiff

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV605-033

JAMES E. DONALDSON, et al
        Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of May 29, 2007 adopting the Report and Recommendation of the U.S. Magistrate Judge granting defendants' motion for summary judgment; Judgment is entered in favor of the defendants and against Plaintiff. This case stands dismissed.

| | |
|---|---|
| May 29, 2007 | Scott L. Poff |
| Date | Clerk |
| | *Mary Anne Hill* |
| | (By) Deputy Clerk |